UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KELLY MASTRENDI,

  Plaintiff,

v.

APRIA HEALTHCARE, INC.,

  Defendant.

Civil Action No. 2:18-cv-00158-MPK

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Kelly Mastrendi and Defendant, Apria Healthcare, Inc., hereby stipulate that this action is dismissed in its entirety with prejudice. Each party to bear its own attorneys' fees, costs, and expenses. The parties pray that the Court enter the attached Order of Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Sean L. Ruppert | /s/ Marla N. Presley |
| Sean L. Ruppert, Esquire | Marla N. Presley, Esquire |
| sr@lawkm.com | Marla.Presley@jacksonlewis.com |
| Telephone: (412) 626-5550 | Zachary J. Mueller, Esquire |
| Danielle M. Parks, Esquire | Zachary.mueller@jacksonlewis.com |
| dp@lawkm.com | JACKSON LEWIS PC |
| Telephone: (412) 626-5593 | 1001 Liberty Avenue, Suite 1000 |
| KRAEMER, MANES & ASSOCIATES LLC | Pittsburgh, PA 15222 |
| US Steel Tower | Telephone: (412) 232-0404 |
| 600 Grant Street, Suite 4875 | Facsimile: (412) 232-3441 |
| Pittsburgh, PA 15219 | |
| Facsimile: (412) 637-0232 | Counsel for Defendant |
| | |
| Counsel for Plaintiff | |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KELLY MASTRENDI,

  Plaintiff,                              Civil Action No. 2:18-cv-00158-MPK

v.

APRIA HEALTHCARE, INC.,

  Defendant.

## **PROPOSED ORDER OF COURT**

AND NOW, this ___ day of _____ 2018, upon consideration of, and pursuant to, the foregoing Stipulation of Dismissal with Prejudice, it is hereby ORDERED that Civil Action No. 2:18-cv-00158-MPK is dismissed in its entirety with prejudice. Each party to bear its own attorneys' fees, costs, and expenses.

                                                                                  _____J.