**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KELLY MASTRENDI,

    Plaintiff,                              Civil Action No. 2:18-cv-00158-MPK

v.

APRIA HEALTHCARE, INC.,

    Defendant.

**ORDER OF COURT**

AND NOW, this 4th day of September 2018, upon consideration of, and pursuant to, the foregoing Stipulation of Dismissal with Prejudice, it is hereby ORDERED that Civil Action No. 2:18-cv-00158-MPK is dismissed in its entirety with prejudice. Each party to bear its own attorneys' fees, costs, and expenses.

_____ J.
Maureen P. Kelly